1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

14  | GEORGE HORNBERGER, an individual,

15  | Plaintiff,

16

17  | v.

18  | MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED., a Delaware Corporation; MERRILL LYNCH & CO., INC., a Delaware Corporation; BANK OF AMERICA CORPORATION, a Delaware Corporation; and DOES 1 through 25, inclusive,

19

20

21

22  | Defendants.

23
24
25
26
27
28

Case No.: SACV15-766 DOC (RNBx)

**JUDGMENT OF DISMISSAL**

Compl. Filed: April 13, 2015
FAC Filed:   April 13, 2017

Judge:        Hon. David O. Carter

# JUDGMENT OF DISMISSAL

On June 23, 2017, the Court granted Defendants MERRILL LYNCH,

PIERCE, FENNER & SMITH, INC., MERRILL LYNCH & CO., INC., AND

BANK OF AMERICA CORPORATION'S ("Defendants") Motion to Dismiss the

First Amended Complaint of Plaintiff GEORGE HORNBERGER ("Plaintiff").

The Court entered its Order dismissing the First Amended Complaint WITH

PREJUDICE.

**IT IS HEREBY ORDERED** that JUDGMENT is entered IN FAVOR OF

DEFENDANTS, and that Plaintiff shall take nothing by way of his claims against

Defendants.  The case is hereby DISMISSED WITH PREJUDICE.


**IT IS SO ORDERED.**

DATE: June 29, 2017

_____
Honorable David O. Carter
United States District Court Judge

JUDGMENT OF DISMISSAL